THOMAS P. O'BRIEN **MADE JS-3**
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BROCK H. LUNSFORD (Cal. State Bar No.: 201740)
Special Assistant United States Attorney
Domestic Security & Immigration Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8611
    Facsimile: (213) 894-6436
    Email: Brock.Lunsford@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-1177-GW |
| Plaintiff, ) | ORDER RE: GOVERNMENT'S MOTION TO DISMISS |
| v. ) | |
| JOSE RAMON RAMIREZ-TELLO, ) | |
| Defendant. ) | |

### O R D E R

Government's Motion to Dismiss the above-referenced case without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure as to defendant Jose Ramon Ramirez-Tello is hereby granted.

IT IS SO ORDERED.

Dated: December 3, 2008_   _____
                                UNITED STATES DISTRICT JUDGE